We find that the issues raised on appeal are without merit. The motion of counsel to withdraw should be, and the same is, allowed and the judgment of the Circuit Court is affirmed.

Judgment affirmed.

SMITH and SIMKINS, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT ADEAN McCULLOUGH, Defendant-Appellant.

(No. 11716;

Fourth District—September 20, 1972.

Opinion by Mr. JUSTICE SIMKINS.

John F. McNichols, of Defender Project, of Springfield, for appellant.

Matthew A. Hutmacher, Assistant State's Attorney, of Quincy, for the People.